IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GUADALUPE RIVER RESORT RANCH, LTD. | § § § | |
| VS. | § § | CIVIL NO. 5:17-cv-1058 |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY | § § § | |

*ON REMOVAL FROM:*

CAUSE NO. 17-443

| | | |
|---|---|---|
| GUADALUPE RIVER RESORT RANCH, LTD. | § § § | IN THE DISTRICT COURT |
| VS. | § § | KENDALL COUNTY, TEXAS |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY | § § | 451ST JUDICIAL DISTRICT |

EXHIBIT 1

AFFIDAVIT IN SUPPORT OF REMOVAL

---

DEFENDANT'S AFFIDAVIT IN SUPPORT OF REMOVAL

## **AFFIDAVIT OF EUGENE ANGIOLILLO**

STATE OF PENNSYLVANIA §
§
COUNTY OF MONTGOMERY §

BEFORE ME, the undersigned authority, personally appeared EUGENE ANGIOLILLO, known to me to be the person whose name is subscribed below, and who upon his oath stated as follows:

1. "My name is Eugene Angiolillo. I am over the age of twenty-one years and competent to make this affidavit.

2. I am a Property Claims Supervisor for Philadelphia Indemnity Insurance Company. In that capacity, I am authorized to make this affidavit.

3. Philadelphia Indemnity Insurance Company is an affiliated company of Philadelphia Consolidated Holding Company. In handling property insurance claims, I frequently represent the interests of Philadelphia Indemnity Insurance Company and its insureds. Based upon that activity and experience, the matters stated in this affidavit are based on personal knowledge and are true and correct.

4. Philadelphia Indemnity Insurance Company is a corporation, which is incorporated under the laws of the state of Pennsylvania.

5. Philadelphia Indemnity Insurance Company maintains its principal place of business at One Bala Plaza, Suite 100, Bala Cynwyd, Pennsylvania. That is also the address of the office building where I work for Philadelphia Indemnity Insurance Company.

6. At no time since 2008, when I began handling claims for Philadelphia Indemnity Insurance Company, has that company maintained its principal place of business in Texas.

7. Attached to this affidavit is a true and correct copy of the current listing from the Texas Department of Insurance website for Philadelphia Indemnity Insurance Company. It correctly identifies that company as a foreign company authorized to engage in the business of insurance in Texas. It also correctly states that the company's "home state" is Pennsylvania.

Further, Affiant sayeth not."

_____
EUGENE ANGIOLILLO

SUBSCRIBED AND SWORN to before me on this the 24 day of April, 2017, to certify which witness my hand and seal of office.

_____
Notary Public, In and for the
State of Pennsylvania

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Linda M. Wentzel, Notary Public
Lower Merion Twp., Montgomery County
My Commission Expires Nov. 7, 2017
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

2

**Texas Department of Insurance**
333 Guadalupe St. P.O. Box 149104 Austin, TX 78714-9104

# PHILADELPHIA INDEMNITY INSURANCE COMPANY

Skip over these navigation links.

Show Explanation of Terms

**Table of Contents**
General Info | Contact Info | Types of Insurance | Use of Credit | Attorney for Service | Ratings | Financial Info | Premiums | Complaint Ratios | Company History | Company Officers

## General Information:

Return to top.

| | |
|---|---|
| Type of Entity: | Fire and Casualty (FC) |
| Status of TX License: | Active |
| Company Status: | Normal Operations |
| License Number: | 5570 |
| NAIC Number: | 18058 |
| TDI Company Number: | 5570 |
| FEIN: | 231738402 |
| Home City/State: | PA |
| Origin: | Foreign |
| Date Incorporated/Organized: | 02/10/1927 |
| Date Licensed/Eligible/Registered in Texas: | 05/01/1991 |
| Date Cancelled/Ineligible/Inactive: | |

## Contact Information:

Return to top.

| | |
|---|---|
| Mailing Address: | C/O Tmna Services Llc<br>3 Bala Plaza East Suite 400<br>Bala Cynwyd PA 19004-3400 |
| Office Number: | (610)617-7900 |
| Toll Free Number: | (800)873-4552 |
| Fax Number: | (610)617-7940 |

## Types of Insurance Licensed to Write:

Return to top.

- Accident
- Aircraft Liability
- Aircraft Physical Damage
- Allied Coverages
- Auto Physical Damage
- Automobile Liability
- Boiler & Machinery
- Burglary & Theft
- Credit
- Employers' Liability
- Fidelity & Surety
- Fire
- Forgery
- Glass
- Health
- Inland Marine
- Liability Other than Auto
- Ocean Marine

## Use of Credit:

Return to top.

To determine if a company uses credit information for private passenger automobile or homeowners insurance.

```
Click Here for Use of Credit
```

## Attorney for Service:

Return to top.

```
Click Here for Attorney for Service Guidelines
```

C T Corporation System
1999 Bryan Street Suite 900
Dallas TX 75201 -3136

## Rating By Financial Organization:

Return to top.

The following organizations rate insurance companies on their financial strength and stability. Some of these companies charge for their services.

A.M. Best
Weiss Ratings Inc.
Standard & Poor's
Moody's Investors Service
Fitch IBCA, Duff and Phelps Ratings
