**FILED**
NOV 0 8 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Guadalupe River Resort Ranch, Ltd., § § § Plaintiff, § § vs. § Philadelphia Indemnity Insurance Company, § § Defendant. | No. 5:17-cv-01058-OLG |

## ORDER GRANTING AGREED JOINT STIPULATION
## OF DISMISSAL WITH PREJUDICE

After considering the Agreed Joint Stipulation of Dismissal with Prejudice (Doc. #___) filed in this case by the Plaintiff, Guadalupe River Resort Ranch, Ltd ("Plaintiff"), and the Defendant, Philadelphia Indemnity Insurance Company ("Defendant"), the Court is of the opinion that the Agreed Joint Stipulation of Dismissal with Prejudice should be GRANTED. It is, therefore,

ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant in this action are hereby DISMISSED WITH PREJUDICE. It is further

ORDERED that each party will bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: San Antonio, Texas, ~~October~~ NOV 8, 2018.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE